ACCEPTED
06-15-00117-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/28/2015 2:16:46 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number: **06-15-00117-CR**

Appellate Case Style: Style: **Joseph Leo Strehl III**

Vs.    State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/28/2015 2:16:46 PM

DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: **6th Appellate District**

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

### I. Appellant

First Name: **Joseph**

Middle Name: **Leo**

Last Name: **Strehl**

Suffix: **III**

Appellant Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ○

### II. Appellant Attorney(s)

☒ Lead Attorney

First Name: **Jeffrey**

Middle Name: **Dale**

Last Name: **Sanders**

Suffix:

☒ Appointed   ☐ District/County Attorney

☐ Retained   ☐ Public Defender

Firm Name: **Ellis and Sanders, PLLC**

Address 1: **120 S. Broadway #112**

Address 2:

City: **Tyler**

State: Texas   Zip+4: **75702**

Telephone: **(903)595-1131** ext.

Fax: **(903)595-5532**

Email: **jdsanderslaw@yahoo.com**

SBN: **24033153**

Add Another Appellant/
Attorney

## III. Appellee

First Name: State of Texas

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☑ Lead Attorney

First Name: Michael

Middle Name:

Last Name: Jimmerson

Suffix:

☐ Appointed ☐ Retained ☑ District Attorney ☐ Public Defender

Firm Name: Rusk County D.A.

Address 1: 115 N. Main

Address 2:

City: Henderson

State: Texas            Zip+4: 75652

Telephone: (903)657-2265 ext.

Fax: (903) 687-0329

Email:

SBN:

Add Another Appellee/Attorney

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Criminal case

Type of Judgment: 18 years TDC

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: June 17 2015

Offense charged: DWI

Date of offense: 8-25-14

Defendant's plea: not guilty

If guilty, does defendant have the trial court's certificate to appeal?

☑ Yes ☐ No

Was the trial by: ☑ jury or ☐ non-jury?

Date notice of appeal filed in trial court: June 18 2015

If mailed to the trial court clerk, also give the date mailed:

Punishment assessed: 18 years TDC

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeals

Motion for New Trial: ☐ Yes ☑ No    If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☑ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☑ NA    If yes, date filed:

Date of hearing: ☑ NA

Date of order: ☑ NA    7-24-15

Ruling on motion: ☑ Granted ☐ Denied ☐ NA    If granted or denied, date of ruling: 7-24-15

## VIII. Trial Court And Record

Court: 4th District Court

County: Rush County, Texas

Trial Court Docket Number (Cause no): CR15-075

Trial Court Judge (who tried or disposed of the case):

First Name: J.

Middle Name: Clay

Last Name: Gossett

Suffix:

Address 1: 115 N. Main

Address 2:

City: Henderson

State: Texas          Zip + 4: 75652

Telephone: (903)657-0358 ext.

Fax: (903) 655-1250

Email:

---

Reporter's or Recorder's Record:

Is there a reporter's record?  ☒ Yes  ☐ No

Was reporter's record requested?  ☒ Yes  ☐ No

Was the reporter's record electronically recorded?  ☒ Yes  ☐ No

If yes, date requested: July 28, 2015

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes  ☐ No

---

☒ Court Reporter        ☐ Court Recorder
☐ Official              ☐ Substitute

Trial Court Clerk:  ☐ County    ☒ District

First Name: Terri

Middle Name: ~~Pirtle~~

Last Name: ~~Willard~~ Boling

Suffix:

Address 1: 115 N. Main

Address 2:

City: Henderson

State: Texas          Zip + 4: 75652

Telephone: (903)657-0358 ext.

Fax: (903) 657-1914

Email:

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                                    Court:

Style:

    Vs.    State of Texas

## X. Signature

*Jeff Sanders*

Signature of counsel (or Pro Se Party)

Date: 7-28-15

*Jeff Sanders*

Printed Name:

State Bar No: 24033153

Electronic Signature:
    (Optional)

Name: Jeff Sanders

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on

*Jeff Sanders*

Signature of counsel (or pro se party)

Electronic Signature:
    (Optional)

State Bar No.: 24033153

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

    (1) the date and manner of service;
    (2) the name and address of each person served, and
    (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: 7-28-15

Manner Served: Fax (903) 657-0329

First Name: Michael Jimerson

Middle Name:

Last Name:

Suffix:

Law Firm Name:

Address 1: 115 N. Main

Address 2:

City: Henderson

State    Texas                 Zip+4: 75652

Email: